UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:                                                      )    Chapter 7
                                                            )
LAWRENCE KIETA,                                             )    Case No. 05 B 54058
                                                            )
       *Debtor(s).*                                         )    Judge Manuel Barbosa

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

    On: **April 24, 2008**        Time: **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The trustee's Final Report shows total:

    Receipts        $63,327.04

    Disbursements        $0.00

    Net Cash Available for Distribution        $63,327.04

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $6,416.35 | $129.98 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $5,412.50 | $ 0.00 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $73,513.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 69.876%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Chase Bank | $22,575.50 | $15,774.84 |
| 2. | B-Line LLC/Chase Bank | $21,035.18 | $14,698.52 |
| 3. | B-Line LLC/Chase Bank | $29,902.79 | $20,894.85 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **March 13, 2008**                                                                                   For the Court,

By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 So. Dearborn St., 7th Floor
      Chicago, IL 60604

Trustee:    Charles J. Myler, ARDC#2008602
Address:    105 E. Galena Blvd., 8th Floor
            Aurora, IL 60505
Phone:      630-897-8475
Fax:        630-897-8076

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

058  Doc 26  Filed 03/13/08  Entered 03/15/08 23:41:34  Desc Imaged
Certificate of Service  Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                   Date Rcvd: Mar 13, 2008
Case: 05-54058                 Form ID: pdf002             Total Served: 23

The following entities were served by first class mail on Mar 15, 2008.
db          +Lawrence Kieta,    896 Sundown Road,    South Elgin, IL 60177-1042
aty         +Richard S Bass,    Law Office of Richard S Bass,    2021 Midwest Road,    Oak Brook, IL 60523-1342
tr          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
              Aurora, IL 60505-3338
10213963    +Aurora Commercial Loans,    Attn: Bankruptcy Dept,    10350 Park Meadows Drive,
              Littleton, CO 80124-6800
10213964     Bank One Card,    Attn Bankruptcy Dept,    PO Box 15153,    Wilmington, DE 19886-5153
10213965     Biehl & Biehl Collection,    Acct: Daily Herald,    PO Box 66415,    Chicago, IL 60666-0415
10213966    +Bonded Collection Corp,    Acct; Chase Manhattan-Bank One,    29 E. Madison St  #1650,
              Chicago, IL 60602-4427
10213967     Capital One,    PO Box 60000,    Seatte, WA  98190-6000
10601824    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10213968     Chase Card,    Attn Bankruptcy Dept,    PO Box 52195,    Phoenix , AZ  85072-2195
10213969     Chicago Tribune,    Attn Collection Dept,    PO Box 6490,    Chicago, IL  60680-6490
10213970     Corporate Collection,    Acct: Earthlink,    PO Box 22630,    Cleveland, OH  44122-0630
10213971     Earthlink Inc,    Attn Collection Dept,    PO Box 530530,    Atlanta , GA  30353-0530
10213972     Encore Receivables Management,    Acct: Chase Manhattan _Bank On,    PO Box 3330,
              Olathe, KS  66063-3330
10213973    +First Revenue Assurance,    Acct: Nextel,    PO Box 3020,    Albuquerque, NM 87190-3020
10213974    +Harris Bank St Charles,    Attn Collection Dept,    1 E. Main St,    St. Charles, IL 60174-1981
10213975     Home Depot Credit,    Attn Bankruptcy Dept,    PO Box 9172,    Des Moines , IA  50368-9172
10213976     Nextel Communications,    Attn Bankruptcy Dept,    PO Box 4191,    Carol Stream , IL  60197-4191
10213977    +North Shore Agency,    Acct: Chicago Tribune,    PO Box 8901,    Westbury, NY 11590-8901
10213978    +Pellettieri & Associates,    Acct: Elgin Cardiologist,    991 Oak Creek Dr,
              Lombard, IL 60148-6408
10213979    +Provena St. Joseph Med Ctr,    Attn Patient Accts,    77 N. Airlite,    Elgin, IL 60123-4912
10213980    +Transworld Systems Collection,    Acct: Harris Bank St Charles,    5880 Commerce Blvd,
              Rohnert Park, CA 94928-1644

The following entities were served by electronic transmission on Mar 14, 2008.
10660736    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Mar 14 2008 04:34:39
              B-Line, LLC/Chase Bank USA, N.A.,   Mail Stop 550,    2101 4th Avenue, Suite 1030,
              Seattle, WA 98121-2317
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**          **Signature:**  *Joseph Speetjens*